AUSA: KATHERINE R. GOLDSTEIN (212) 637-2641

CR 12 (Rev. 6/82)　　　　　WARRANT FOR ARREST　06-138-M-01

| United States District Court | DISTRICT |
|---|---|
| | SOUTHERN DISTRICT OF NEW YORK |

| UNITED STATES OF AMERICA<br>v.<br>DONNELL BLACKWELL | DOCKET NO.　　　MAGISTRATE'S CASE NO.<br>**04 MAG 2105** |
|---|---|
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Donnell Blackwell |
| WARRANT ISSUED ON THE BASIS OF:　☐ Order of Court<br>☐ Indictment　☐ Information　X Complaint | DISTRICT OF ARREST<br>Southern District of New York |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

| DESCRIPTION OF CHARGES |
|---|
| wire fraud |

FILED

MAR 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1343 |
|---|---|---|

| BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY KEVIN NATHANIEL FOX<br>HON. ~~HENRY B. PITMAN~~ | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>*Kevin Nathaniel Fox* | DATE ORDERED<br>NOV 0 3 2004 |
| CLERK OF COURT<br>J. MICHAEL McMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>3-28-06 | NAME AND TITLE OF ARRESTING OFFICER<br>REPORTING<br>SEAN McLEOD<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>REPORTING<br>*Sean McLeod* |
|---|---|---|
| DATE EXECUTED<br>3-28-06 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.