# 04 MAG 2105

Approved: *Katherine Goldstein*
         KATHERINE R. GOLDSTEIN
         Assistant United States Attorney

Before:  HONORABLE HENRY B. PITMAN
        United States Magistrate Judge
        Southern District of New York

06-138-M-01

- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

   - v. -

DONNELL BLACKWELL,

        Defendant.

- - - - - - - - - - - - - - - -x

**COMPLAINT**

Violation of
18 U.S.C. § 1343

County of Offense:
NEW YORK

FILED
MAR 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK, ss.:

    ROBERT MORIARTY, being duly sworn, deposes and says that he is a Postal Inspector with the United States Postal Inspection Service, and charges as follows:

### COUNT ONE

    In or about October 2004, in the Southern District of New York and elsewhere, DONNELL BLACKWELL, the defendant, unlawfully, willfully, and knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, a writing, sign, signal, picture, and sound for the purpose of executing such scheme and artifice, to wit, BLACKWELL placed an order for merchandise over the telephone with Cintas, an Ohio-based company, and charged the order to an American Express credit card number that did not belong to him and which he was not authorized to use, in violation of Title 18, United States Code, Section 1343.

    (Title 18, United States Code, Sections 1343 and 2.)

    The bases for my knowledge and for the foregoing charge are, in part, as follows:

    1.   I am a Postal Inspector with the United States

Postal Inspection Service and I have personally participated in the investigation of this matter. This affidavit is based upon my conversations with other law enforcement agents and persons, and my examination of reports, records and documents. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

2. I have spoken with an employee of Cintas, an Ohio-based company that specializes in the supply of corporate uniforms, and have reviewed documents from Cintas. From so doing, I have learned the following, in sum and substance:

    a. On or about October 13, 2004, a person calling himself "Eddy Vega" placed an order via telephone for merchandise from Cintas. This person charged the merchandise to an American Express Card in the name of "Eddy Vega" and provided Cintas with a shipping address of _____ 6,

    b. Cintas contacted American Express for authorization for the purchase and learned that the purchase was not authorized. After being contacted by Cintas, a representative from American Express contacted me.

3. On or about October 22, 2004, postal inspectors posing as letter carriers performed a controlled delivery of the merchandise ordered by "Eddy Vega" from Cintas to 1265 Morrison Avenue, Apt. E6, Bronx, New York. BLACKWELL, the defendant, opened the door, identified himself as "Eddy Vega," accepted the package from Cintas, and signed the name "Eddy Vega" in receipt of the package. BLACKWELL was then placed under arrest.

4. After BLACKWELL was read his Miranda rights, he signed a written waiver and admitted to law enforcement that he was not "Eddy Vega," and that he had obtained the American Express card number registered to "Eddy Vega" from another person. He also admitted that he knew he did not have permission or authority to use the American Express credit card number.

5. I have spoken with an employee from American Express and reviewed documents provided by American Express. From doing so, I know that on or about October 13, 2004, an American Express card in the name of "Eddy Vega," with a billing address of _____, was used to make a purchase from Cintas.

WHEREFORE, deponent prays that a warrant be issued for the arrest of DONNELL BLACKWELL, the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

                                    _____
                                    ROBERT MORIARTY
                                    Postal Inspector
                                    United States Postal Inspection Service

NOV 0 3 2004

Sworn to before me this
___ day of November 2004

_____
KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York