AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

_Ponnell Blackwell_
Defendant

CASE NUMBER: _06-138m_

CHARGING DISTRICTS
CASE NUMBER: _04 MJ 2105_

I understand that charges are pending in the _Southern_ District of _New York_ alleging violation of _Wire fraud_ _____ and that I have been arrested in this district and
                                     (Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)  Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**FILED**

MAR 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(  )  identity hearing

(  )  preliminary hearing

(X)  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

3-28-06
Date

_____
Defense Counsel