**FILED**

APR 2 5 2006

NANCY MAYER WHITTI... ..ERK
U.S. DISTRICT COURT

**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 3/30/06

*Nancy Mayer-Whittington*
**Clerk of the Court**

Address of Other Court: <u>United States Courthouse</u>
500 Pearl Street
New York, NY 10007-1312
RE: 06MG138 Donnell Blackwell

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 3/28/06 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk

[Stamp: U.S. DISTRICT COURT FILED APR 0 4 2006 S.D. OF N.Y.]

[Stamp: RECEIVED]